**Dismiss and Opinion Filed October 21, 2022**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00237-CV**

**IN THE INTEREST OF S.C.E., A CHILD**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-54783-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Appellant has failed to file her brief despite being ordered to do so no later than September 26, 2022 and being cautioned that failure to comply would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

220237f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.C.E., A
CHILD

No. 05-22-00237-CV

On Appeal from the 429th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 429-54783-
2020.
Opinion delivered by Justice Carlyle,
Justices Molberg and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 21st day of October 2022.